BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 BELT LINE ROAD  SUITE 100
ADDISON,  TX 75001
(972) 341-0500

Attorney for BANK OF AMERICA, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-69339-JWC |
| | ) | |
| JEANNENE ORNELIUS HUBERT, | ) | |
|    Debtor | ) | Chapter 7 |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
|    Movant | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| JEANNENE ORNELIUS HUBERT, | ) | |
| Debtor and | ) | |
| ROBERT TRAUNER Trustee | ) | |
|    Respondents. | ) | |

## NOTICE OF RESET OF HEARING

**PLEASE TAKE NOTICE** that BANK OF AMERICA, N.A. has filed a Motion For Relief From Automatic Stay and related papers with the Court seeking an order lifting the stay as to a certain property located at 1536 RAVENS RUN, JONESBORO, GA 30236.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Terminate Stay, **IN COURT ROOM 1203, 75 TED TURNER DRIVE SW,  ATLANTA, GA 30303 at10:00 am on 12/20/2018.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, 75 TED TURNER DRIVE SW, ATLANTA, GA 30303.

If a hearing on the Motion for Relief from the Automatic Stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date.  Movant consents to the Automatic Stay remaining in effect until the Court orders otherwise.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ BRANDI R. LESESNE     11/13/2018
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, true and correct copy of the foregoing Notice of Reset of Hearing was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ BRANDI R. LESESNE     11/13/2018

BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

**DEBTOR:**
JEANNENE ORNELIUS HUBERT
4057 SHORESIDE CIRCLE
SNELLVILLE, GA 30039

JEANNENE ORNELIUS HUBERT
1536 RAVENS RUN
JONESBORO, GA 30236

**TRUSTEE:**
ROBERT TRAUNER
P.O. BOX 421025
ATLANTA, GA 30342

**DEBTOR'S ATTORNEY:**
KELLY THOMAS
2751 BUFORD HIGHWAY, NE
SUITE 600
ATLANTA, GA  30324

**PARTIES IN INTEREST:**
LAKESIDE RIDGE HOA, INC
HERITAGE PROPERTY MGMT SERVICES
500 SUGAR MILL RD
BLDG B STE 200
ATLANTA, GA 30350

INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA, PA 19101-7346

**PARTIES REQUESTING NOTICE:**
SYNCHRONY BANK

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

AUTOMOBILE ACCEPTANCE CORPORATION
SOLOMON BAGGETT, LLC
3763 ROGERS BRIDGE ROAD
DULUTH, GA 30097

WELLS FARGO BANK, N.A.
TAYLOR S. MANSELL
211 PERIMETER CENTER PARKWAY, N.E.
SUITE 300
ATLANTA, GA 30346

SPECIALIZED LOAN SERVICING LLC
MCCALLA RAYMER LEIBERT PIERCE, LLC
1544 OLD ALABAMA ROAD
BANKRUPTCY DEPARTMENT
ROSWEL, GA 30076